GREGORY L. RIPPETOE, Bar No.: 98455
grippetoe@rippetoelaw.com
JILLIAN N. ALEXANDER, Bar No. 299504
jalexander@rippetoelaw.com
**RIPPETOE LAW, P.C.**
2 Park Plaza, Suite 525
Irvine, California 92614
Telephone:  (949) 852-0020
Facsimile:   (949) 852-0021

Attorneys for Plaintiff
UNITED STATES FOR THE USE AND
BENEFIT OF BEST INTERIORS, INC., and
BEST INTERIORS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF BEST INTERIORS, INC., and BEST INTERIORS, INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> MC2 CONTRACTING, INC., a California Corporation; RQ CONSTRUCTION, LLC, a Delaware Limited Liability Company; WESTERN SURETY COMPANY, a South Dakota Corporation; CNA SURETY CORPORATION, a Delaware Corporation; DOE SURETY COMPANIES 1 through 10; and DOES 11 through 50, inclusive, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 5:15-cv-3190 NC <br><br> Assigned for all Purposes to: Magistrate Judge Nathanael M. Cousins Courtroom 7 <br><br> Hearing Pending: Case Management Conference October 7, 2015 <br><br> **REQUEST BY COUNSEL FOR BEST INTERIORS, INC. TO ALLOW COUNSEL TO ATTEND CASE MANAGEMENT CONFERENCE BY TELEPHONE; DECLARATION OF JILLIAN N. ALEXANDER; ORDER** <br><br> [Filed Concurrently with: <br> 1. Case Management Statement and Rule 26(f) Report <br> 2. Stipulation to Stay Proceedings; [Proposed] Order] <br><br> Complaint Filed: July 9, 2015 |

TO THE COURT, ALL PARTIES, AND TO EACH OF THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, UNITED STATES FOR THE USE AND BENEFIT OF BEST INTERIORS, INC., and BEST INTERIORS, INC. (hereinafter "BEST"), hereby applies to this Court for an Order allowing counsel for BEST to appear

1

1 telephonically, at the hearing on the Case Management Conference, scheduled for October 7, 2015 at 10:00 a.m. in Courtroom 7 of the Robert F. Peckham Federal Building and United States Courthouse, located at 280 South 1st St., San Jose, California 95113.

This Request is made on the ground that good cause exists to grant the order requested herein, as more thoroughly set forth in the accompanying Declaration of attorney Jillian N. Alexander for the following reasons:

1. Counsel for BEST are located in Orange County, California, approximately 400 miles from the location of the courthouse.

2. Counsel will be available by telephone on October 7, 2015 at 10:00 a.m. at the following telephone number: (949) 852-0020.

3. All parties have been served and are represented. Responsive pleadings on behalf of all Defendants are due on October 16, 2015.

3. The parties have been actively engaged in discussions concerning the claims and adjusting the Request for Equitable Adjustment sought by Plaintiff BEST INTERIORS, INC.

4. All parties have agreed to a Stay of the Action to allow for the negotiations to continue. A stipulation has been executed by all parties and is filed concurrently herewith.

DATED: September 30, 2015        RIPPETOE LAW, P.C.

By: /s/ Jillian Alexander
GREGORY L. RIPPETOE
JILLIAN N. ALEXANDER
Attorneys for Plaintiff
UNITED STATES FOR THE USE AND
BENEFIT OF BEST INTERIORS, INC. and
BEST INTERIORS, INC.
2 Park Plaza, Suite 525
Irvine, California 92614
grippetoe@rippetoelaw.com
jalexander@rippetoelaw.com
(949) 852-0020

2

REQUEST TO ATTEND CASE MANAGEMENT CONFERENCE BY TELEPHONE; DECLARATION OF JILLIAN N. ALEXANDER – CASE NO. 5:15-cv-3190 NC

# DECLARATION OF JILLIAN N. ALEXANDER

1. I am an associate attorney at the law firm of Rippetoe Law, P.C., counsel for Plaintiff, BEST INTERIORS, INC. (herein after "BEST") in the above-referenced matter. I am a member in good standing of the State Bar of California and admitted to practice in the United States District Court, Northern District of California. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I make this declaration in support of the Request to Allow Counsel for Best Interiors, Inc. to Attend Case Management Conference by Telephone.

Good cause exists to allow counsel to appear at the October 7, 2015, Case Management Conference telephonically for the following reasons:

   1. Counsel for BEST are located in Orange County, California, approximately 400 miles from the location of the courthouse.

   2. Counsel will be available by telephone on October 7, 2015 at 10:00 a.m. at the following telephone number: (949) 852-0020.

   3. All parties have been served and are represented. Responsive pleadings on behalf of all Defendants are due on October 16, 2015.

   4. The parties have been actively engaged in discussions concerning the claims and adjusting the Request for Equitable Adjustment sought by Plaintiff BEST INTERIORS, INC.

   5. All parties have agreed to a Stay of the Action to allow for the negotiations to continue. A stipulation has been executed by all parties and is filed concurrently herewith.

I declare, under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on the 30th day of September 2015, at Irvine, California.

*/s/ Jillian N. Alexander*
JILLIAN N. ALEXANDER, Declarant

REQUEST TO ATTEND CASE MANAGEMENT CONFERENCE BY TELEPHONE; DECLARATION OF JILLIAN N. ALEXANDER – CASE NO. 5:15-cv-3190 NC

3

# ORDER

On reading and considering the Request by Counsel for Best Interiors, Inc. to Allow Counsel to Attend Case Management Conference by Telephone, and good cause appearing therefore:

IT IS SO ORDERED that Counsel for Best Interiors, Inc. Shall be allowed to telephonically attend the Case Management Conference, scheduled for October 7, 2015 at 10:00 a.m.

The Court will initiate the telephone call to Counsel at (949) 852-0020 on October 7, 2015 at 10:00 a.m. for the Case Management Conference.

DATED: October 1, 2015

By: _____
Magistrate Judge Nathanael M. Cousins



GRANTED
Judge Nathanael M. Cousins

REQUEST TO ATTEND CASE MANAGEMENT CONFERENCE BY TELEPHONE; DECLARATION OF JILLIAN N. ALEXANDER – CASE NO. 5:15-cv-3190 NC

4