United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF BEST INTERIORS, INC, <br><br> Plaintiff, <br><br> v. <br><br> MC2 CONTRACTING, INC., et al., <br><br> Defendants. | Case No.  5:15-cv-03190-EJD <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed Plaintiff United States for the Use and Benefit of Best Interiors, Inc.'s Case Management Statement filed on May 26, 2016 (Docket Item No. 32), the Court finds that a scheduling conference is premature at this time.  Accordingly, the Case Management Conference scheduled for June 2, 2016, is CONTINUED to **10:00 a.m. on August 11, 2016**.  The parties shall file a Joint Case Management Conference Statement on or before **August 4, 2016**.

**IT IS SO ORDERED.**

Dated: May 31, 2016

_____
EDWARD J. DAVILA
United States District Judge